The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BELDEVERE ABARRIENTOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TABLEAU SOFTWARE, INC., CHRISTIAN CHABOT, and THOMAS WALKER,<br><br>Defendants. | No. 2:17-cv-01175-RAJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS no defendant in this action, *Abarrientos v. Tableau Software, Inc. et al.*, 2:17-cv-01175 (W.D. Wash.), has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Beldevere Abarrientos voluntarily dismisses this action, without prejudice, as to all defendants. Abarrientos retains his right to participate as a class member and recover in any similar class action against the same defendants.

Dated:  October 17, 2017

NOTICE OF VOLUNTARY DISMISSAL
No. 2:17-CV-01175-RAJ
- 1 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA  98074-7033
Tel:  (425) 868-7813  •  Fax:  (425) 732-3752

Respectfully submitted,

LAW OFFICES OF CLIFFORD A. CANTOR, P.C.

s/ *Cliff Cantor*
By: Cliff Cantor, WSBA # 17893
627 208th Ave. SE
Sammamish, WA 98074
Tel:   (425) 868-7813
Fax:   (425) 732-3752
Email: cliff.cantor@outlook.com

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Tel:   (212) 661-1100
Fax:   (212) 661-8665
Email: jalieberman@pomlaw.com
       ahood@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
Ten South La Salle Street, Suite 3505
Chicago, IL 60603
Tel:   (312) 377-1181
Fax:   (312) 377-1184
Email: pdahlstrom@pomlaw.com

BRONSTEIN, GEWIRTZ
  & GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel:   (212) 697-6484
Fax:   (212) 697-7296
Email: peretz@bgandg.com

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL
No. 2:17-CV-01175-RAJ

- 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA  98074-7033
Tel:  (425) 868-7813  ●  Fax:  (425) 732-3752